IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA HOLMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-0628 |
| ) | Judge Trauger |
| TRS RECOVERY SERVICES, INC., ) | |
| TELECHECK RECOVERY SERVICES, INC., ) | |
| TELECHECK SERVICES, INC., ) | |
| TELECHECK INTERNATIONAL, INC. ) | |
| and FIRST DATA CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss filed by the defendants (Docket No. 15) is **GRANTED** in part and **DENIED** in part, and the Motion for Leave to File a Second Amended Complaint filed by the plaintiff (Docket No. 25) is **GRANTED** in part and **DENIED** in part.

It is further **ORDERED** that the plaintiff shall file an amended complaint in conformity with the ruling as expressed in the accompanying Memorandum by November 26, 2007, and that the defendants shall file their answer to the plaintiff's amended complaint by December 14, 2007.

It is further **ORDERED** that the initial case management conference is scheduled for December 17, 2007 at 1:30 p.m.

1

It is so Ordered.

Entered this 14th day of November 2007.

                                                              _____
                                                               ALETA A. TRAUGER
                                                               United States District Judge